IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STEPHANIE BAKER,

     Plaintiff,

       v.                          Case No. 3:20-CV-560-JDP

ANDREW SAUL,
Commissioner of Social
Security,

     Defendant.

---

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

---

Pursuant to the parties' joint motion to remand this action, this Court now, upon substantive review, hereby enters an order under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On remand, an Administrative Law Judge (ALJ) will reevaluate the opinions of psychological functioning, take further action to complete the administrative record resolving this issue, and issue a new decision.

SO ORDERED this _____1ST_____ day of _____MARCH_____, 2021.

Honorable Judge Peterson
United States District Court Judge